**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Aida Quirino RIOS, Defendant–
Appellant.**

No. 08–10999
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 13, 2010.

Frederick M. Schattman, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Aida Quirino Rios, pro se.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Aida Quirino Rios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rios has filed a response. Our independent review of the record, counsel's brief, and Rios's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.